IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward A. Patterson, | NO. C 08-05105 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Family YMCA of Santa Clara County, | |
|     Defendant. | |

Pursuant to the Court's March 25, 2009 Order Granting Defendant's Motion to Dismiss with prejudice, judgment is entered in favor of Defendant Family YMCA of Santa Clara County, against Plaintiff Edward A. Patterson.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: March 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Rona Page Layton rlayton@simsandlayton.com

Edward A. Patterson
Post Office Box 754
San Jose, CA 95106

**Dated:  March 25, 2009**                             **Richard W. Wieking, Clerk**

                                                                            **By:   /s/ JW Chambers               **
                                                                                   **Elizabeth Garcia**
                                                                                   **Courtroom Deputy**